

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| GEORGE A. MOLINAR, | § | No. 08-14-00299-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| MOHD RAFAEI, | § | of El Paso County, Texas |
| | § | (TC# 2013-CCV02705) |
| Appellee. | § | |

## O R D E R

The Court GRANTS the Appellant's Pro Se third motion for extension of time within which to file the brief until **October 15, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. George A. Molinar, the Appellant, prepare the Appellant's Pro Se brief and forward the same to this Court on or before October 15, 2015.

IT IS SO ORDERED this 8th day of September, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.